IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEIDI M. TENZER, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | NO. 07-4782 |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT WINSTEAD, et. al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 24th day of February, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Respondents' Answer in Opposition to the Petition for Writ of Habeas Corpus (Doc. No. 7), the Report and Recommendation filed by United States Magistrate Judge J. Felipe Restrepo (Doc. No. 14), and after a thorough and independent review of the record, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Restrepo is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED; and,

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:


s/ Joel H. Slomsky
JOEL H. SLOMSKY,  J.